THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 

 
 
 
The State,                                                   
 Respondent,
 
 
 

v.

 
 
 
Duane Thomas Kirwan,                              Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-167
Submitted January 29, 2004  Filed March 15, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of SC Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: Duane Thomas Kirwan appeals 
 his guilty pleas to entering a bank with intent to steal and strong-arm robbery.  
 Kirwan argues his guilty pleas failed to comply with the mandates set forth 
 in Boykin v. Alabama, 395 U.S. 238 (1969).  His counsel attached to the 
 final brief a petition to be relieved as counsel, stating she had reviewed the 
 record and concluded Kirwans appeal was without merit.  Kirwan has not filed 
 a pro se brief.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1]   We decide this case 
 without oral argument pursuant to Rule 215, SCACR.